**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ahmed Mohammed,<br><br>    Plaintiff,<br><br>v.<br><br>USCIS National Benefit Center,<br><br>    Defendant. | No. CV-19-00149-PHX-JAT<br><br>**ORDER** |

This Court previously screened the complaint in this case pursuant to 28 U.S.C. § 1915. (Doc. 7). The Court found it failed to state a claim and gave Plaintiff leave to amend. Plaintiff has now filed an amended complaint. (Doc. 8).

The amended complaint is very sparse as to the facts underlying the claim in this case. Specifically, the amended complaint includes only the following: "My case [has been] out of processing time since 2016 I worked for the US Army as [an] interpitor [sic] I want to get American citizenship" (Doc. 8 at 4).

As this Court stated in the prior order, it is this Court's best guess that Plaintiff: 1) has an unprocessed application for citizenship pending with Defendant; and 2) Plaintiff seeks to have this Court order (mandamus) Defendant to process that application. (Doc. 7 at 2-3). However, in neither the original complaint, nor the amended complaint, does Plaintiff actually make this claim or request this relief. In fact, in the amended complaint, the relief sought is "American citizenship" which this Court cannot grant.

Therefore, the Court will give Plaintiff one further opportunity to file an amended

complaint to determine whether Plaintiff has a claim on which this Court can act. While the Court cannot give Plaintiff legal advice, to state a claim, Plaintiff should endeavor to include sufficient information for the Court to determine exactly what the facts are (for example, Plaintiff could include information about his application pending with USCIS like the date it was filed, what action has been taken on it, what case number was assigned, and any other pertinent information). Further, in crafting his request for relief, Plaintiff should seek relief that is within the powers of this Court.[1]

Based on the foregoing,

**IT IS ORDERED** that the amended complaint (Doc. 8) is dismissed without prejudice. Plaintiff may file a second amended complaint by March 18, 2019. If Plaintiff does not file an amended complaint by March 18, 2019, the Clerk of the Court shall (without further order of this Court) enter judgment dismissing this case without prejudice.

Dated this 22nd day of February, 2019.

James A. Teilborg
Senior United States District Judge

---

[1] *See Sidhu v. Chertoff*, No. 1:07CV1188AWISMS, 2008 WL 540685, at *5 (E.D. Cal. Feb. 25, 2008) ("The court agrees with other District Court Judges in the Eastern District of California and finds that CIS has a non-discretionary duty to act on applications before it by processing them.")